1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
3  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   ANDREW M. MILLER
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 SECURITIES AND EXCHANGE            Case No. 3:15-cv-01461-SC
   COMMISSION,
14

15              Plaintiff,            **STIPULATION AND [PROPOSED]**
                                      **SCHEDULING ORDER**
16        v.

17 ANDREW M. MILLER,

18              Defendant.

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff Securities and Exchange Commission (the "Commission") and defendant Andrew Miller (collectively, the "Parties") respectfully request that the Court adopt the Parties' stipulation below as the order of the Court, which (i) sets forth a schedule for the Parties to request a settlement conference before a magistrate judge; (ii) extends the time for Mr. Miller to respond to the Commission's complaint (ECF No. 1) (the "Complaint"), and (iii) continues the Initial Case Management Conference currently set for June 26, 2015.

**FACTUAL BACKGROUND TO THE PARTIES' STIPULATION**

In support of this stipulation, the undersigned Parties provide the following facts, which are verified in the supporting Declaration of Philip T. Besirof:

1. On March 31, 2015, the Commission filed the Complaint in this action.

2. On April 2, 2015, the Commission sent a waiver of service form to counsel for Mr. Miller. (ECF No. 7.)

3. On April 17, 2015, this action was reassigned to the Honorable Samuel Conti. (ECF No. 5.)

4. On April 17, 2015, the Court set an Initial Case Management Conference for June 26, 2015. (ECF No. 6.)

5. On May 4, 2015, Mr. Miller's counsel executed the waiver of service form. (ECF No. 7.)

6. Under Rule 4(d) of the Federal Rules of Civil Procedure, Mr. Miller has 60 days from the date the request was sent to respond to the Complaint, which is June 1, 2015.

7. The Parties have met and conferred and believe that an early settlement conference before a magistrate judge would provide substantial assistance to the Parties' understanding of the case and could substantially narrow the issues in dispute, which could lead to resolution.

8. The Parties believe that the interests of judicial economy and efficiency will be well served by extending Mr. Miller's response deadline to the Complaint and continuing the Initial Case Management Conference until after a settlement conference is held with a magistrate judge.

|   |   |
|---|---|
| 1 | **STIPULATION** |

In light of these facts, the undersigned parties jointly request the Court to enter the following stipulation as an Order of the Court:

A. Pursuant to ADR Local Rules 2-3, 3-5(d), and 7-3 (and in lieu of a Notice of Need for ADR Phone Conference under ADR Local Rule 3-5(c)), the Parties request an early settlement conference before a magistrate judge to occur within the next 90 days, or as soon thereafter as the Court's schedule may permit. The Parties will file a joint request expressing the Parties' preferences for one or more magistrate judges within the next seven (7) days.

B. The deadline for Mr. Miller to respond to the Complaint is extended until 20 days after the settlement conference.

C. The Initial Case Management Conference currently set for June 26, 2015, at 10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall be set to such date and time as the Court may order.

D. In the event that the case has not settled within 90 days of the Court's order approving this stipulation, the Parties shall file a case management statement updating the Court on the status of this matter and/or requesting an Initial Case Management Conference.

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:15-cv-01461-SC

2

1   IT IS SO STIPULATED.

2   Dated: May 29, 2015                 MORRISON & FOERSTER LLP

4                                       By:   */s/ Craig D. Martin*
                                                  Craig D. Martin

                                        Paul T. Friedman
                                        Craig D. Martin
                                        Philip T. Besirof
                                        425 Market Street
                                        San Francisco, California  94105-2482
                                        Telephone: 415.268.7000
                                        Facsimile: 415.268.7522
                                        Email: PFriedman@mofo.com
                                        Email: CMartin@mofo.com
                                        Email: PBesirof@mofo.com

                                        *Attorneys for Defendant Andrew Miller*

12  Dated: May 29, 2015                 SECURITIES AND EXCHANGE COMMISSION

                                        By:   */s/ Susan F. La Marca*
                                                  Susan F. La Marca

                                        Susan F. La Marca
                                        David S. Johnson
                                        David A. Berman
                                        44 Montgomery Street, Suite 2800
                                        San Francisco, CA 94104
                                        Telephone: 415.705.2500
                                        Facsimile: 415.705.2501
                                        lamarcas@sec.gov
                                        johnsonds@sec.gov
                                        bermand@sec.gov

                                        *Attorneys for Plaintiff Securities and Exchange Commission*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:15-cv-01461-SC                                                    3

**ECF ATTESTATION**

I, Philip Besirof, am the ECF User whose ID and Password are being used to file this motion. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul Friedman has concurred in this filing.

Dated: May 29, 2015                        MORRISON & FOERSTER LLP

                                           By:    */s/ Philip T. Besirof*
                                                  Philip T. Besirof

                                           Paul T. Friedman
                                           Craig D. Martin
                                           Philip T. Besirof
                                           425 Market Street
                                           San Francisco, California  94105-2482
                                           Telephone: 415.268.7000
                                           Facsimile: 415.268.7522
                                           Email: PFriedman@mofo.com
                                           Email: CMartin@mofo.com
                                           Email: PBesirof@mofo.com

                                           *Attorneys for Defendant Andrew Miller*

**DECLARATION OF PHILIP T. BESIROF**

I, PHILIP T. BESIROF, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a member of the law firm of Morrison & Foerster LLP, and counsel of record for defendant Andrew Miller. I submit this Declaration in support of the parties' Stipulation and [Proposed] Scheduling Order (hereafter, the "Stipulation"). If called as a witness, I would testify to the facts listed below.

2.  Pursuant to Civil Local Rule 6-2, I attest that the facts set forth in the Stipulation, paragraphs 1 through 8 inclusive, are all true and accurate.

3.  This is the parties' first request for a modification of time. Other than the case management conference currently set for June 26, 2015, the proposed schedule will not impact any other deadlines or dates set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California, on this 29th day of May, 2015.

MORRISON & FOERSTER LLP

By:  */s/ Philip T. Besirof*
     Philip T. Besirof

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Case Management Conference is set for September 25, 2015 at 10:00 am. A joint case management statement shall be filed by September 18, 2015.

Dated: June 4, 2015

THE HONORABLE SAMUEL CONTI
United States District Judge