1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
3  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   ANDREW M. MILLER

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  SECURITIES AND EXCHANGE            Case No. 3:15-cv-01461-SC
    COMMISSION,
14

15                    Plaintiff,       **STIPULATION AND [~~PROPOSED~~] ORDER
                                       CONTINUING CASE MANAGEMENT
16         v.                          CONFERENCE**

17  ANDREW M. MILLER,

18                    Defendant.

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff Securities and Exchange Commission

2   (the "Commission") and defendant Andrew Miller (collectively, the "Parties") respectfully submit

3   the following Stipulation and [Proposed] Order Continuing the Initial Case Management

4   Conference currently set for September 25, 2015, at 10:00 a.m.

5   **FACTUAL BACKGROUND TO THE PARTIES' STIPULATION**

6   In support of this stipulation, the undersigned Parties provide the following facts, which

7   are verified in the supporting Declaration of Michael P. Kniffen:

8   1.   On March 31, 2015, the Commission filed the Complaint in this action.

9   (ECF No. 1.)

10   2.   On April 17, 2015, this action was reassigned to the Honorable Samuel Conti.

11   (ECF No. 5.)

12   3.   On April 17, 2015, the Court set an Initial Case Management Conference for

13   June 26, 2015.  (ECF No. 6.)

14   4.   On May 29, 2015, the parties filed a Stipulation and [Proposed] Scheduling Order,

15   which requested an early settlement conference.  (ECF No. 13.)

16   5.   On June 4, 2015, the Court granted the parties' request for a settlement conference

17   and rescheduled the Initial Case Management Conference for September 25, 2015.  (ECF No. 15.)

18   6.   On June 26, 2015, the Court referred this case to Magistrate Judge Laurel Beeler

19   for the settlement conference.

20   7.   On June 29, 2015, Magistrate Judge Beeler issued an order setting a settlement

21   conference date for October 13, 2015.  (ECF No. 16.)

22   8.   On July 6, 2015, pursuant to Magistrate Judge Beeler's order, the Commission

23   notified the courtroom deputy that it had a conflict on October 13, 2015.  Magistrate Judge

24   Beeler's courtroom deputy informed the Commission that Judge Beeler's next available dates for

25   a settlement conference are during the week of November 2, 2015, and the parties agreed to file a

26   stipulation requesting November 4, 2015, for the settlement conference.  (*See* ECF No. 17.)

27   9.   On July 15, 2015, Magistrate Judge Beeler approved the parties' stipulation and

28   issued an order setting a settlement conference date for November 4, 2015.  (ECF No. 18.)

1    10.    The Parties believe that the interests of judicial economy and efficiency will be

2  well served by continuing the Initial Case Management Conference until after a settlement

3  conference is held with Magistrate Judge Beeler.

4                                    **STIPULATION**

5     In light of these facts, the undersigned parties jointly request the Court to enter the

6  following stipulation as an Order of the Court:

7     The Initial Case Management Conference currently set for September 25, 2015, at

8  10:00 a.m., is hereby vacated, and the Initial Case Management Conference shall be set on

9  December 4, 2015, or to such date and time thereafter as the Court may order.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS SO STIPULATED.

2    Dated: September 15, 2015          MORRISON & FOERSTER LLP

3                                       By:   /s/ Craig D. Martin

4                                             Craig D. Martin

5                                       Paul T. Friedman
                                        Craig D. Martin
6                                       Philip T. Besirof
                                        Michael P. Kniffen
7                                       425 Market Street
                                        San Francisco, California  94105-2482
8                                       Telephone: 415.268.7000
                                        Facsimile: 415.268.7522
9                                       Email: PFriedman@mofo.com
                                        Email: CMartin@mofo.com
10                                      Email: PBesirof@mofo.com
                                        Email: MKniffen@mofo.com
11
                                        *Attorneys for Defendant Andrew Miller*
12

13   Dated: September 15, 2015          SECURITIES AND EXCHANGE COMMISSION

14                                       By:   /s/ Susan F. LaMarca

15                                             Susan F. LaMarca

16                                      Susan F. LaMarca
                                        David S. Johnson
17                                      44 Montgomery Street, Suite 2800
                                        San Francisco, CA 94104
18                                      Telephone: 415.705.2500
                                        Facsimile: 415.705.2501
19                                      lamarcas@sec.gov
                                        johnsonds@sec.gov
20
                                        *Attorneys for Plaintiff Securities and*
21                                      *Exchange Commission*

22

23

24

25

26

27

28

1

**ECF ATTESTATION**

2

3        I, Michael Kniffen, am the ECF User whose ID and Password are being used to

4   file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

5   Craig Martin and Susan LaMarca have concurred in this filing.

6   Dated: September 15, 2015              MORRISON & FOERSTER LLP

7

8                                By:   _/s/ Michael P. Kniffen_____
                                        Michael P. Kniffen

9                                      *Attorneys for Defendant Andrew Miller*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF MICHAEL P. KNIFFEN**

2        I, MICHAEL P. KNIFFEN, hereby declare as follows:

3        1.    I am an attorney licensed to practice law in the State of California and am admitted

4    to practice before this Court.  I am a member of the law firm of Morrison & Foerster LLP, and

5    counsel of record for defendant Andrew Miller.  I submit this Declaration in support of the

6    parties' Stipulation and [Proposed] Order (hereafter, the "Stipulation").  If called as a witness, I

7    would testify to the facts listed below.

8        2.    Pursuant to Civil Local Rule 6-2, I attest that the facts set forth in the Stipulation,

9    paragraphs 1 through 10 inclusive, are all true and accurate.

10       3.    This is the parties' second request for a modification of time.  The parties

11   previously filed a stipulation to request a settlement conference and vacate the Initial Case

12   Management Conference on May 29, 2015 (ECF No. 13), which was approved by the Court on

13   June 4, 2015 (ECF No. 15).  Other than the case management conference currently set for

14   September 25, 2015, the proposed schedule will not impact any other deadlines or dates set by the

15   Court.

16       I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct and that this Declaration was executed in San Francisco, California,

18   on this 15th day of September, 2015.

19                                          MORRISON & FOERSTER LLP

20

21                                          By:    _/s/ Michael P. Kniffen_____
                                                        Michael P. Kniffen

22

23                                          [~~PROPOSED~~] ORDER

24                **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26

27   Dated:    09/15/2015

28                                          
                                            THE HON._____CONTI
                                            Unite_____