**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Case No.: 15-CV-1461 YGR |
| Plaintiff, | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |
| vs. | |
| **ANDREW M. MILLER,** | |
| Defendant. | |

The Court understands, based upon the Stipulation and Proposed Order Continuing Case Management Conference, that the parties have agreed to the terms of an offer of settlement, which SEC counsel will submit to the SEC with a recommendation for approval, and eventual entry of a final judgment by this Court. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 15, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California, the same date as the compliance hearing set in related case no. 13-cv-3476, *Nathanson v. Polycom, Inc., et al.*

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation re: Entry of Judgment; or (b) a one-page **JOINT STATEMENT** setting forth an explanation why such stipulation has not been filed. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. This Order terminates Docket No. 27.

**IT IS SO ORDERED**.

Dated: November 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**