United States District Court
Northern District of California

1

2                           **UNITED STATES DISTRICT COURT**

3                          **NORTHERN DISTRICT OF CALIFORNIA**

4

5

6   **SECURITIES AND EXCHANGE COMMISSION,**        **Case No.:  15-CV-1461 YGR**

7        **Plaintiff,**                            **ORDER CONTINUING COMPLIANCE HEARING**

8        **vs.**

9   **ANDREW M. MILLER,**

10       **Defendant.**

11
        Based upon the Joint Statement filed January 8, 2016 (Dkt. No. 29), the compliance hearing
12
    currently set for Friday, January 15, 2016, is **CONTINUED** to **February 12, 2016 at 9:01 a.m.** in
13
    Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.
14
        Five (5) business days prior to the date of the compliance hearing, the parties shall file either
15
    (a) a Stipulation re: Entry of Judgment; or (b) a one-page **JOINT STATEMENT** setting forth an
16
    explanation why such stipulation has not been filed.  If compliance is complete, the parties need not
17
    appear and the compliance hearing will be taken off calendar.
18
        Telephonic appearances will be allowed if the parties have submitted a joint statement in a
19
    timely fashion.
20
        **IT IS SO ORDERED**.
21
    Dated: January 11, 2016
22
                                            _____
23                                          **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**
24

25

26

27

28